O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALEXANDER LOPEZ, | Case No. ED CV 16-1963 PSG (JCG) |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| LORETTA E. LINCH, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation ("R&R"), Petitioner's Objections to the R&R ("Objections"), and the remaining record, and has made a *de novo* determination.

Petitioner's Objections reiterate the arguments made in the Petition, and lack merit for the reasons set forth in the R&R. There is one issue, however, that warrants brief amplification here.

Namely, Petitioner contends that he is permitted to file the instant Petition because he previously challenged his state conviction while in state custody. (*See* Obj. at 1-2.) However, this is not the case, as Petitioner's prior filings do not "change the fact that [he was] no longer in custody pursuant to the [challenged] conviction" when

1

he filed the Petition. *See Lavadenz v. Davis*, 2012 WL 3626820, at *2 (C.D. Cal. May 15, 2012), *report and recommendation adopted*, 2012 WL 3621257 (C.D. Cal. Aug. 21, 2012). As a result, the Court still lacks the jurisdiction to consider the Petition. (*See* R&R at 2.)

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action with prejudice;

3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation and above, the Court finds that Petitioner has not shown that "jurists of reason would find it debatable whether": (1) "the petition states a valid claim of the denial of a constitutional right"; and (2) "the district court was correct in its procedural ruling." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Thus, the Court declines to issue a certificate of appealability.

DATED: 11/8/16

                                            HON. PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE