JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALEXANDER LOPEZ, ) <br> Petitioner, ) <br> v. ) <br> LORETTA E. LINCH, ) <br> Respondent. ) | Case No. ED CV 16-1963 PSG (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 11/8/16

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE